**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:26-mj-1583-NWH**

**JONATHAN ERIC GARDINER**

AUSA: Stephanie McNeff

Defense Attorney: Joseph Flynn, Criminal Justice Act

| Judge: | **NATHAN W. HILL**<br>United States Magistrate Judge | Date and Time: | **May 15, 2026**<br>2:30 P.M.-2:44 P.M. |
|---|---|---|---|
| Courtroom: | 4D | Total Time: | 14 minutes |
| Deputy Clerk: | L. Jernigan | Reporter: | Digital<br>https://www.flmd.uscourts.gov/<br>webforms/digital-recording-<br>transcript-request-form |
| Interpreter: | None | Pretrial/Prob: | Sofia Kollaian |

**CLERK'S MINUTES**
**Initial Appearance (Rule 5)**

Case called, appearances made, procedural setting by the Court.
Court inquires of the defendant. No issue as to competency.
Court advises defendant of his rights, including Rule 20 rights.
The Court advises defendant of the charge in the Complaint and potential penalties.
Defendant oral motion for court appointed counsel. Granted. Court appoints CJA for proceedings in the MDFL.
Court advises government of the requirements pursuant to the Due Process Protections Act.
Defendant waives Rule 5 & 5.1 hearings.
Government oral motion for detention.
Defense oral motion to continue detention hearing without prejudice. Granted. Order to be entered.
Court adjourned.