## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                         **CASE NO: 6:26-mj-1583-NWH**

**JONATHAN ERIC GARDINER**

_____

## ORDER OF TEMPORARY DETENTION

An identity, detention, and preliminary hearing in this case are scheduled as follows:

| Place: George C. Young United States Courthouse and Federal Building. 401 W Central Boulevard Orlando, Florida | Courtroom: | 4D |
|---|---|---|
| | **Date and Time:** | May 21, at 9:30 A.M. |

    **IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

_____
NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Date: May 15, 2026