**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                    **CASE NO: 6:26-mj-1583-NWH**

**JONATHAN ERIC GARDINER**

_____

### FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
### PURSUANT TO RULE 5(C), FED.R.CRIM.P.

Jonathan Eric Gardiner, having been arrested and presented before me for removal proceedings

pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified

in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from the Southern District of New York.

Based on the defendant's waiver of identity hearing, I find that Jonathan Eric Gardiner is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendant elects to have the preliminary hearing conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that JONATHAN ERIC GARDINER be held to answer in the district court in which

the prosecution is pending.   Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 19, 2026.

_____
NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record